IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| DEREK MCNEILL WASHINGTON | : | 1:21CR180-1 |
| RACHE JAMAL FORTSON | : | 1:21CR180-2 |
| SELENA DEMETRICE WASHINGTON | : | 1:21CR180-3 |
| DANIEL LEE WALKER | : | 1:21CR180-4 |
| MATTHEW KELLY MARTIN | : | 1:21CR180-6 |
| WAYNE SPRY OVERMAN, JR. | : | 1:21CR180-7 |
| CURTIS LYNN STIREWALT, JR. | : | 1:21CR180-10 |

## ORDER

The Court finds that the above-entitled cases were calendared for trial on the August 2021 term of Court, that the above defendants are joined for trial with co-defendants Alexx Lynn Sousa and Katelyn Michelle Marks, as to whom the time for trial has not run; that no motion for severance has been granted; and that the time between the August term of Court and the September term of Court is a reasonable period of delay excludable under Title 18, United States Code, Section 3161(h)(6).

Having considered the government's motion for a continuance and exclusion of time, and having concluded that the reasons for the continuance asserted by the government are valid, that the ends of justice served by

granting the government's motion for a continuance outweigh the best interests of the public and the defendant in a speedy trial under Title 18, United States Code, Section 3161(h)(7)(A), and that the period of delay between the August 2021 term of Court and the September 2021 term of Court is reasonable under Title 18, United States Code, Section 3161(h)(7)(B)(i).

    IT IS ORDERED that the above-entitled cases be continued for trial until _____.

    This, the \_\_\_ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE